

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2022

No. 04-22-00481-CV

**IN THE INTEREST OF A.C. AND Q.C.**, Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18383
Honorable Tina Torres, Judge Presiding

# O R D E R

Appellant's brief was originally due November 18, 2022; however, the court granted an extension of time until December 19, 2022. On December 5, 2022, appellant filed a motion asking for an extension of time to January 18, 2023 to file the brief.

We **grant the motion in part** and **order** appellant to file appellant's brief by **January 17, 2023**. Counsel is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court